IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-HC-2057-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | MOTION TO HOLD CASE IN |
| v. | ) | ABEYANCE AND INCORPORATED |
| | ) | MEMORANDUM OF LAW |
| ELTON ZALOS ORTIZ, | ) | |
| Reg. No. 28403-511, | ) | |
| | ) | |
| Respondent. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Court to hold this case in abeyance pending resolution of Respondent's competency and restorability in his criminal case by the United States District Court for the Northern District of Texas.

On 2 April 2026, the Government filed a Certificate of Mental Disease or Defect and Dangerousness against Respondent. [D.E. 1]. Federal Medical Center Butner ("FMC Butner") evaluators have opined that Respondent is not competent to stand and not substantially likely to be restored to competency in the foreseeable future. The matter remains pending before the United States District Court for the Northern District of Texas. *See* Docket Report, *United States v. Ortiz*, 1:24-CR-00035 (N.D. Tex.). At present, the criminal court has not rendered a final determination as to Respondent's competency to stand trial or restorability to competency. *See* Docket Report, *id.*

Given that a finding of competency by the United States District Court for the

1

Northern District of Texas would allow the criminal proceedings to move forward and negate the need for the instant commitment proceeding, forging ahead with evaluations and litigation in this matter invites the potential waste of limited judicial and government resources. As such, in the interest of judicial efficiency and conservation of resources, the United States respectfully requests a stay of this matter pending resolution of Respondent's competency and restorability by the criminal court.

Respondent is not yet represented in this case. Therefore, the undersigned did not contact Respondent with respect to the relief requested in this motion.

For all the foregoing reasons, the United States of America respectfully requests this case, including all other deadlines, be held in abeyance pending resolution of the competency proceedings by the United States District Court for the Northern District of Texas.

Respectfully submitted, this 2nd day of April 2026.

W. ELLIS BOYLE
United States Attorney

By: /s/ *Genna D. Petre*
GENNA D. PETRE
Special Assistant U.S. Attorney
Attorney for the Petitioner
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: genna.petre@usdoj.gov
N.C. Bar # 49466

## CERTIFICATE OF SERVICE

This is to certify that I have, this 2nd day of April 2026, served a copy of the foregoing upon the Respondent in this action by placing the documents in an envelope marked as stated below, and providing it to FCC Butner staff to deliver the envelope in hand to:

> Elton Zalos Ortiz
> Reg. No. 28403-511
> Mental Health Unit
> FMC Butner

and on the same day placed a copy of the foregoing motion, along with the proposed sealed forensic report, in the U.S. Mail, addressed as follows:

> Office of the Federal Public Defender
> 150 Fayetteville Street
> Suite 450
> Raleigh, NC 27601

> /s/ *Genna D. Petre*
> GENNA D. PETRE
> Special Assistant U.S. Attorney
> Attorney for the Petitioner
> U.S. Attorney's Office, Civil Division
> 150 Fayetteville Street, Suite 2100
> Raleigh, NC 27601
> Telephone: (919) 856-4530
> Email: genna.petre@usdoj.gov
> N.C. Bar # 49466

3