IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-HC-2057-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MOTION TO LIFT STAY |
| | ) | |
| ELTON ZALOS ORTIZ, | ) | |
| Reg. No. 28403-511, | ) | |
| | ) | |
| Respondent. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves this Court to lift the stay in this matter [D.E. 8]. In support thereof, the United States submits the following:

On 2 April 2026, the United States filed a Certificate of Mental Disease or Defect and Dangerousness against Respondent. [D.E. 1]. The same day, the United States notified this Court that Respondent's criminal proceedings in the Northern District of Texas remained pending, and Respondent had not yet been found not competent and not restorable to competency. [D.E. 5]. As such, the United States moved to stay the civil commitment proceedings pending resolution of Respondent's competency to stand trial. [D.E. 5]. That request was granted on 2 April 2026. [D.E. 8].

The United States District Court for the Northern District of Texas has since entered an order finding that Respondent is not competent to stand trial and not substantially likely to be restored to competency in the foreseeable future. *See* Order Regarding Mental Competency, *United States v. Ortiz*, 1:24-CR-00035, D.E. 46 (N.D.

Tex.).

As Respondent's criminal case can no longer proceed, the instant commitment case may now proceed to a hearing on the merits. A stay in this case is no longer necessary or in the interest of judicial efficiency. Therefore, the United States respectfully requests this Court lift the stay in this matter.

Respectfully submitted, this 4th day of June 2026.

W. ELLIS BOYLE
United States Attorney

By: /s/ *Genna D. Petre*
GENNA D. PETRE
Attorney for the Petitioner
Special Assistant U.S. Attorney
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: genna.petre@usdoj.gov
N.C. Bar # 49466

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 4th day of June 2026, served a copy of the foregoing upon respondent's counsel of record by filing the same via the District Court's CM/ECF Document Filing System.

/s/ *Genna D. Petre*
GENNA D. PETRE
Attorney for the Petitioner
Special Assistant U.S. Attorney
U.S. Attorney's Office, Civil Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: genna.petre@usdoj.gov
N.C. Bar # 49466